# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SALLY S. WHITE,

      Plaintiff,                                No. 19-10465

v.                                          Hon. Nancy G. Edmunds

OAKLAND COMMUNITY COLLEGE,

      Defendant.
_____/

## JUDGMENT

In accordance with the Court's order granting Defendant's motion for summary judgment entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendant, the Oakland Community College, and this case is **DISMISSED**.

**SO ORDERED**.

                                                   s/Nancy G. Edmunds
                                                   Nancy G. Edmunds
                                                   United States District Judge

Dated: October 6, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 6, 2020, by electronic and/or ordinary mail.

                                                   s/Lisa Bartlett
                                                   Case Manager